[No. 11448–4–I.   Division One.   February 14, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DANA RAY PARRINO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01029–2, James D. McCutcheon, Jr., J., entered February 5, 1982. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 5352–1–III.   Division Three.   February 15, 1983.]

*In the Matter of the Personal Restraint of* KENNETH M. HOLDEN, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Roe, C.J., concurred in by Green and McInturff, JJ.

[No. 4579–0–III.   Division Three.   February 15, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL M. SPIELER, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 6903, B. E. Kohls, J., entered April 6, 1981. *Remanded* by unpublished opinion per Roe, C.J., concurred in by Green and Munson, JJ.

[Nos. 4645–1–III; 4725–3–III.   Division Three.   February 15, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BENNY T. BARKER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT C. SPELLS, *Appellant.*

Appeals from a judgment of the Superior Court for Grant County, No. 4816, Clinton J. Merritt, J., entered June 26, 1981. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and McInturff, JJ.